UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>VERNON H. WRANKE, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00685-EPG (PC)<br><br>ORDER DIRECTING CLERK TO SEAL COMPLAINT AND SEND PLAINTIFF COPY OF COMPLAINT<br><br>ORDER DIRECTING PLAINTIFF TO FILE REDACTED VERSION OF COMPLAINT<br><br>(ECF No. 1) |

Dwayne Jones ("Plaintiff") is a prisoner proceeding *pro se* in this civil rights action. Plaintiff filed the complaint commencing this action on May 4, 2023. (ECF No. 1). Plaintiff's complaint includes the full names and birthdates of minor children of a different inmate. (ECF No. 1, p. 13). This is improper. Fed. R. Civ. P. 5.2(a) ("Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only: … (2) the year of the individual's birth; [and] (3) the minor's initials…."); Local Rule 140 ("Except as set forth below, pursuant to the Judicial Conference Policy on Privacy and Electronic Access to Case Files, and the E-Government Act of 2002, Pub. L. No. 107-347, effective April 16, 2003, when filing documents, counsel and the Court shall omit or, where reference is necessary, partially redact the following personal data identifiers from all pleadings, documents, and exhibits, whether filed

electronically or on paper, unless the Court orders otherwise: (i) Minors' names: … in civil actions use initials when federal or state law require the use of initials, or when the specific identity of the minor is not necessary to the action or individual document; … (iv) Dates of birth: Use only the year….").

Accordingly, IT IS ORDERED that:

1. The Clerk of Court shall seal Plaintiff's complaint (ECF No. 1);
2. The Clerk of Court shall send Plaintiff a copy of the complaint (ECF No. 1); and
3. Plaintiff has thirty days from the date of service of this order to file a redacted version of the complaint.

IT IS SO ORDERED.

Dated:   **May 5, 2023**            /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE