UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DWAYNE JONES,

        Plaintiff,

   v.

VERNON H. WRANKE, et al.,

        Defendants.

Case No. 1:23-cv-00685-EPG (PC)

ORDER FOR PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS

Dwayne Jones ("Plaintiff") is a prisoner proceeding *pro se* in this civil rights action. Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **May 5, 2023**   /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

1