UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE JONES,<br><br>Plaintiff,<br><br>v.<br><br>VERNON H. WRANKE, et al.,<br><br>Defendants. | Case No. 1:23-cv-00685-EPG (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE REDACTED VERSION OF COMPLAINT<br><br>(ECF No. 1) |

  Plaintiff Dwayne Jones is a prisoner proceeding *pro se* in this civil rights action. Plaintiff filed the complaint commencing this action on May 4, 2023. (ECF No. 1). Because Plaintiff's complaint included the full names and birthdates of minor children of a different inmate, (ECF No. 1, p. 13), the Court set a deadline for Plaintiff to file a redacted version of the complaint (ECF No. 3), and later extended the deadline to July 7, 2023, when Plaintiff failed to timely file one (ECF No. 7).

  On June 23, 2023, Plaintiff filed a version of his complaint that is defective in at least three respects: (1) inexplicably, a different person—Gabriel Felix—is named as the Plaintiff; (2) pages from the original complaint are missing; and (3) Plaintiff has failed to redact the minors' information, leading the Court to direct the Clerk to seal this latest complaint to protect the minors' information. (ECF No. 8, p. 1, 11).

- 1 -

Given these circumstances, IT IS ORDERED as follows:

1. Plaintiff will be given a final opportunity to file a redacted version of his complaint. By no later than July 14, 2023, Plaintiff shall file a redacted version of his original complaint (1) correctly listing himself as the Plaintiff, (2) including all pages from the original complaint, and (3) redacting the names and birthdates of the minor children.[1]

2. Failure to comply with this order may result in the dismissal of this case.

IT IS SO ORDERED.

Dated:   **June 27, 2023**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] Redacting the names and birthdates of the minor children could be accomplished by simply blacking out their names and birthdates with a marker or black ink so they are no longer legible.